THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEPHEN A. MALLORY, Defendant-Appellant.

(No. 73-373;

Second District (1st Division)—April 21, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

562

Ralph Ruebner and Mary McCormick, both of State Appellate Defender's Office, of Elgin, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney), for the People.